No. 4936.—Zorrilla, Sáenz y Co., aplda. v. Palerm, aplte.

y Jordán, Demandado.—C. D. San Juan. ▮▮▮▮▮▮▮
▮▮▮▮ Abril 23, 1929.

Por cuanto, en el presente caso se trata de una apelación contra sentencia en rebeldía registrada por el secretario de la Corte de Distrito de San Juan en 27 de octubre de 1928; y el apelante pidió y obtuvo una prórroga para presentar la exposición del caso, lo que hizo en 7 de enero de 1929, sin que haya realizado ninguna otra diligencia;

Por cuanto, no aparece que se haya presentado en la secretaría de este tribunal la transcripción de autos, ni solici-tado prórroga alguna;

Por cuanto, la exposición del caso no es necesaria ni procedente cuando se trata de sentencia en rebeldía registrada por el secretario, por falta de alegación del demandado;

Por tanto, se desestima la apelación en este caso.

El Juez Presidente Señor del Toro no intervino.